## ALLAN BRUCE HEMMINGS *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16806) is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Allan Bruce Hemmings*, pro se, in support of the petition.

*Richard J. Lynch*, assistant attorney general, in opposition.

Decided July 3, 1997

## ANN P. GUITE *v.* J. MICHAEL GUITE*

The defendant's petition for certification for appeal from the Appellate Court (AC 16827) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal for lack of a final judgment insofar as the appeal concerned the actions of the trial court in opening that part of the judgment dissolving the marriage of the parties?"

The Supreme Court docket number is SC 15722.

*Richard L. Albrecht*, in support of the petition.

*Lawrence M. Lapine*, in opposition.

Decided July 3, 1997